UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2014      Total Hearing Time: 5 minutes

Case No.: CR 13-00769 WHA

Title: UNITED STATES -v- JAMELLA JULES (present: not in-custody)

Counsel for Government: Matt McCarthy

Counsel for Defendant(s): Dan Blank

Probation Officer: Bobby Love for Rich Brown

Deputy Clerk: Dawn Toland      Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Progress Report - HELD

2) 

Case continued to 1/13/15 at 2:00 pm for Progress Report

**ORDERED AFTER HEARING:**

Defendant is in compliance with the supervision conditions. Defendant is working at Home Joy and has a target date of December 2014 to complete the GED. Parties shall return for a status update.