STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant JULES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMELA JULES, )<br>)<br>Defendant. )<br>_____ ) | No. CR 13-0769 WHA<br><br>[PROPOSED] ORDER MODIFYING<br>OF CONDITIONS OF PROBATION |

FOR GOOD CAUSE SHOWN, and for the reasons stated in open court pursuant to the

recommendation of the U.S. Probation Officer, the conditions of probation for Defendant Jamela

Jules are hereby modified as follows.  She shall participate in the Location Monitoring Program for a

period of six months, and be monitored by Location Monitoring technology at the discretion of the

U.S. Probation Officer.  Location Monitoring shall be utilized to verify her compliance with a curfew

while on the program.  Curfew shall be at the discretion of the U.S. Probation Officer.  All other

conditions to remain the same.

IT IS SO ORDERED.

January 20, 2015.

WILLIAM H. ALSUP
United States District Judge