IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JAMELLA JULES,<br><br>　　　　　　　Defendant. | No. CR 13-0769 WHA<br><br>[~~PROPOSED~~] ORDER RE:<br>CONDITIONS OF PROBATION |

　　　For the reasons stated in open court, and for good cause appearing, it is HEREBY ORDERED that the conditions of probation for Defendant Jamella Jules are amended as follows.  Ms. Jules shall stay away from the area in San Francisco bordered on the west by Van Ness and South Van Ness Avenues, on the north by Geary Street, on the east by Powell Street and 5th Street, and on the south by Howard Street, with the following exceptions:  1) Ms. Jules may enter the area to attend any court proceedings at 450 Golden Gate Avenue, or after requesting and receiving approval from the assigned U.S. Probation Officer;  2) Ms. Jules may travel on BART, MUNI, or other public transportation through the area, but may not then alight from said transportation and enter the area on foot;  3) as directed by the probation officer, Ms. Jules may enter the area to drop off or pick up her son from school or an approved after-school program; and  4) as directed by the probation officer, Ms. Jules may enter the area to attend GED classes between 2:00 pm and 5:00 pm.   All other conditions to remain the same.

　　　IT IS SO ORDERED.

DATED: May 5, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　　United States District Judge